UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-00033-JRS-CMM |
| | ) | |
| CHRIS A. LOWERY, | ) | |
| | ) | |
| Defendant. | ) | |

**Order Adopting Report and Recommendation,
Revoking Supervised Release and Sentencing Defendant**

The parties having waived the fourteen-day period to object to the Magistrate Judge's Report and Recommendation, (ECF No. 72); and the Court, having considered the same, the factors set forth in 18 U.S.C. § 3553(a), as well as the record, finds that the Report and Recommendation should be, and hereby is, **adopted**.

Accordingly, the Court finds that the Defendant Chris A. Lowery violated the conditions of supervision as alleged in Violation #1 of the Petition for Warrant for Offender Under Supervision, (*see* ECF No. 64), and Violation #2 as amended by U.S. Probation on the record at the initial and final hearing on the Petition. The Court therefore **revokes** Defendant's supervised release and **sentences** Defendant Chris A. Lowery to the custody of the Attorney General or his designee for a period of fourteen (14) months after which supervised release shall resume for a period of thirty-six (36) months.

The Court recommends Defendant Lowery's placement at Elkton FCI, Lisbon, Ohio as well as mental health and addiction counseling and treatment. Defendant is to be taken into custody immediately.

**SO ORDERED.**

Date: 12/14/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

U.S. Probation

U.S. Marshal

By CM/ECF to registered counsel of record